HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WENDY J. VANEMBURG,

    Plaintiff,

v.

MICHAEL J. ASTRUE, in his capacity as Commissioner of the Social Security Administration,

    Defendant.

CASE NO. C11-5231RAJ

ORDER

The court has reviewed the Report and Recommendation (Dkt. # 12) of United States Magistrate Judge Mary Alice Theiler as well as the balance of the record in this case. The court notes that no one filed an objection to the Report and Recommendation.

The court orders as follows:

1. The court adopts the Report and Recommendation, thus affirming the decision of the Commissioner.
2. The court directs the clerk to DISMISS this action and enter judgment for the Commissioner.
3. The clerk shall direct copies of this order to all counsel and to Judge Theiler.

Dated this 20th day of December, 2011.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1